IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

KELLI ANN HENRIETTA WOODS

Debtor

Bankruptcy No. 26-41709
Judge Mychal A. Bruggeman
Chapter: 13

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 9010(b) and 2002(g), the undersigned hereby notes his

appearance as attorney for  VILLAGE CAPITAL & INVESTMENT LLC, and requests all parties

in interest to serve copies of notices and all papers (including pleadings, motions, applications,

order, financial and other reports) served or filed in this upon the undersigned at the address set

forth below.

Dated: June 2, 2026

/e/ Kenneth J. Johnson
Kenneth J. Johnson, MN ID#0246074
Johnson, Blumberg, & Associates, LLC
30 N. LaSalle St., Suite 3650
Chicago, Illinois 60602
Ph. 312-541-9710
Fax 312-541-9711
Attorney for VILLAGE CAPITAL &
INVESTMENT LLC

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

KELLI ANN HENRIETTA WOODS

        Debtor

Case No Bky 26-41709
Judge Mychal A. Bruggeman
Chapter 13 Case

**UNSWORN CERTIFICATE OF MAILING**

To:    KELLI ANN HENRIETTA WOODS, 3815 - 27TH AVE NO, ROBBINSDALE, MN 55422
Gregory A. Burrell, 100 South Fifth Street, Suite 480, Minneapolis, MN 55402
Sam Calvert, Calvert Law Office PA, 1011 2nd St. North, Ste 107, Saint Cloud, MN 56303
US Trustee, 1015 US Courthouse, 300 S. 4th St., Minneapolis, MN 55415

I, Kenneth J. Johnson, an attorney, certify that I cause to be mailed copies of this appearance to the Debtor on June 2, 2026, postage prepaid by depositing the same in the U.S. Mail, first class, postage prepaid at 30 N. LaSalle St., Chicago, IL 60602.  The remaining parties were served by this Court's CM/ECF electronic noticing system.

Dated: June 2, 2026

/e/ Kenneth J. Johnson
Kenneth J. Johnson, MN ID#0246074
Johnson, Blumberg, & Associates, LLC
30 N. LaSalle St., Suite 3650
Chicago, Illinois 60602
Ph. 312-541-9710
Fax 312-541-9711
Attorney for VILLAGE CAPITAL &
INVESTMENT LLC

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
